IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                               08-CR-186-A

TERRY L. IZZARD,

        Defendant.

---

**ORDER**

After hearing oral argument on defendant's motion for bail modification, it is hereby

**ORDERED**, that defendant's motion be GRANTED in part and only to the extent that the defendant is ordered released from federal custody effective Monday, October 4, 2010, at 11:00 a.m., and thereafter, the defendant must return to federal custody before 5:00 p.m. on that same date, Monday, October 4, 2010.

    SO ORDERED.

                                             **s/ *Richard J. Arcara***
                                             HONORABLE RICHARD J. ARCARA
                                             UNITED STATES DISTRICT JUDGE

DATED: October 1, 2010